FILED

04/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0213

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0213

_____

JARED SUNDOWN HENDRICKSON,

    Petitioner,

    v.

                                                    O R D E R

JAMES SALMONSEN, WARDEN,
Montana State Prison,

    Respondent.

_____

Jared Sundown Hendrickson, via counsel, has filed a Petition for Writ of Habeas Corpus, alleging he is entitled to additional credit for time served. Upon review of his Petition and attachments, we deem it appropriate to require a response.

IT IS THEREFORE ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Jared Sundown Hendrickson personally.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
April 29 2024